IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VELMON JOHNSON, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AGAPE MINISTRIES/ | : | |
| AGAPE BAPTIST CHURCH, et al. | : | NO. 16-254 |

ORDER

AND NOW, this 17th day of May, 2016, upon consideration of defendant the United States of America's motion to dismiss (docket entry #8), and plaintiffs' response in opposition thereto, and for the reasons set forth in our Memorandum issued this day, it is hereby ORDERED that:

1. Defendant's motion to dismiss (docket entry #8) is GRANTED IN PART;

2. Count III of the Complaint (docket entry #1) is DISMISSED WITH PREJUDICE with respect to defendant United States of America ONLY;

3. Defendant United States of America shall ANSWER the complaint by noon on May 30, 2016; and

4. As the United States of America and not the United States Postal Service is the proper party in this lawsuit, the Clerk of Court shall REMOVE the United States Postal Service from the caption and MARK the United States Postal Service as TERMINATED.

BY THE COURT:

  /s/ Stewart Dalzell, J.
Stewart Dalzell, J.